IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BARRY MULLINS (DECEASED), | § § § | No. 301, 2023 |
| Claimant-Below, Appellant, | § § § | Court Below: Superior Court of the State of Delaware |
| v. | § § | C.A. No.: N23A-01-004 (N) |
| CITY OF WILMINGTON, | § § § | |
| Employer-Below, Appellee. | § § § | |

Submitted: January 24, 2024
Decided: January 25, 2024

Before **SEITZ**, Chief Justice; **VALIHURA**, and **LEGROW**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its August 18, 2023 Order affirming the Industrial Accident Board's Decision Denying Appellant's Petition for Survivors' Benefits.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice